Nick STAVROS, Movant, v. COMMONWEALTH of Kentucky, Opposed (No. 1).

Court of Appeals of Kentucky
September 28, 1948.

Roy Wilhoit for movant.

A. E. Funk, Attorney General, and William F. Simpson, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.